PROB 22
(Rev. 01/24)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*

2:19CR00244

DOCKET NUMBER *(Rec. Court)*

**3:26-cr-05105- TMC**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|

Michael Reimers
5049 Glittering Star Court
Las Vegas, Nevada 89130

DISTRICT: Nevada

DIVISION: U.S. Probation Office

NAME OF SENTENCING JUDGE

Honorable Kent J. Dawson

DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO

OFFENSE

21 U.S.C. § 841(a)(1) and 841(b)(1)(A) – Distribution of a Controlled Substance – Methamphetamine

18 U.S.C. § 922(a)(1)(A) – Engaging in the Business of Dealing in Firearms Without a License

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Community and employment ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Western District of Washington  upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

3/16/2026
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Western _____ DISTRICT OF _____ Washington

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/27/2026
*Effective Date*

_____
United States District Judge